IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH J. MURIN,<br>Plaintiff,<br><br>vs.<br><br>JAY BRAY, HAROLD LEWIS, WESLEY<br>R. EDENS, and RANDAL A. NARDONE,<br>Defendants. | Civil Action No. 13-1017 |

## O R D E R

AND NOW, this 21st day of November, 2013, after the plaintiff, Joseph J. Murin, filed an action in the above-captioned case, and after a motion to dismiss was submitted by the defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 16), which is adopted as the opinion of this Court,

IT IS ORDERED that defendants' motion to dismiss (ECF No. 9) is granted to the extent that Plaintiff's claims are limited to the 263 units in the Separation Agreement and denied in all other respects.

Nora Barry Fischer
United States District Judge